## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: <br><br> Briar's Creek Golf, LLC <br><br> Debtor. | Case No.  15-00712-jw <br><br> CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, an attorney in the law firm of Nexsen Pruet, LLC, does hereby give notice of the appearance of this firm as counsel on behalf of Briar's Creek Holdings, LLC.  This notice of appearance is being filed in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.  The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following counsel:

>Julio E. Mendoza, Jr., Esquire
>NEXSEN PRUET, LLC
>1230 Main Street, Suite 700 (29201)
>Post Office Drawer 2426
>Columbia, SC  29202
>Telephone:  803-540-2026
>Facsimile:  803-727-1478
>E-mail: rmendoza@nexsenpruet.com

>**Counsel for Briar's Creek Holdings, LLC**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to these cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

/s/ Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr.  (I.D. No. 3365)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
Telephone:  803-540-2026
Facsimile:  803-727-1478
E-mail: rmendoza@nexsenpruet.com

Attorneys for Briar's Creek Holdings, LLC

February 10, 2015

Columbia, South Carolina

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: | |
| Briar's Creek Golf, LLC | Case No. 15-00712-jw |
| Debtor. | CHAPTER 11 |

CERTIFICATE OF SERVICE

I, Julio E. Mendoza, Jr., do hereby certify that a copy of the **Notice of Appearance and Request For Service of Documents** was served upon the attorneys and parties in interest via ECF filing.

   /s/ Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr. (I.D. No. 3365)
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
Telephone:  803-540-2026
Facsimile:  803-727-1478

Attorneys for Briar's Creek Holdings, LLC

February 10, 2015
Columbia, South Carolina