B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re  **Briar's Creek Golf, LLC**                             Case No. **15-00712-jw**
                              Debtor(s)                        Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DOUGLAS J PAULS<br>4055 GNARLED OAKS WAY<br>JOHNS ISLAND SC 29455-7322 | | | | 285,750.00 |
| JOSEPH A MILLER JR<br>34 MILLSTONE AVENUE<br>POST OFFICE BOX 214<br>ROCKLAND DE 19732-0214 | | | | 222,875.00 |
| THOMAS K SPANN<br>601 ANTHONY DRIVE<br>PLYMOUTH MEETING PA 19462-1045 | | | | 222,875.00 |
| JOSEPH C GUYAUX<br>1 WESTMORELAND FARM LANE<br>PITTSBURGH PA 15215-1513 | | | | 222,875.00 |
| FRANK CASSIDY<br>31 RHETTS BLUFF ROAD<br>KIAWAH ISLAND SC 29455-5200 | | | | 212,875.00 |
| MARK G HADLOCK<br>157 BROMPTON ROAD<br>GARDEN CITY NY 11530-1431 | | | | 212,875.00 |
| MARK A POMPA<br>78 TRANQUILITY DRIVE<br>EASTON CT 06612-1237 | | | | 212,875.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Briar's Creek Golf, LLC**  
_____  
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HERCHIEL SIMS JR<br>536 BUFFLEHEAD DRIVE<br>KIAWAH ISLAND SC 29455-5791 | | | | 212,875.00 |
| KYLE STEWART<br>80 RAFFLES PLACE<br>NO 15-20 UOB PLAZA 2<br>SINGAPORE 048624 | | | | 212,875.00 |
| KEVIN T CALLAHAN<br>636 S COUNTY LINE ROAD<br>HINSDALE IL 60521-4657 | | | | 192,875.00 |
| JOHN R WILSON<br>749 GLOSSY IBIS LANE<br>KIAWAH ISLAND SC 29455-5912 | | | | 192,875.00 |
| NATHANIEL D WOODSON<br>38 SURFSONG ROAD<br>KIAWAH ISLAND SC 29455-5753 | | | | 192,875.00 |
| JEFFREY P MANN<br>4257 WILD TURKEY WAY<br>JOHNS ISLAND SC 29455-7317 | | | | 182,875.00 |
| ROBERT P CONNOR<br>365 STEWART AVENUE<br>APT B-14<br>GARDEN CITY NY 11530-4544 | | | | 172,875.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Briar's Creek Golf, LLC
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| JOHN J DEGNAN<br>35 BEACON HILL DRIVE<br>CHESTER NJ 07930-3013 | | | | 162,875.00 |
| PETER GRANT<br>307 SURFSONG ROAD<br>KIAWAH ISLAND SC 29455-5754 | | | | 172,875.00 |
| RICHARD A LAN<br>80 WESTMINISTER ROAD<br>CHATHAM NJ 07928-1316 | | | | 172,875.00 |
| SAM R SHAPIRO<br>30 FINCH FOREST TRAIL<br>ATLANTA GA 30327-4576 | | | | 168,130.21 |
| KENNETH R KAVANAUGH<br>2458 GOLF OAK PARK<br>JOHNS ISLAND SC 29455-6100 | | | | 167,875.00 |
| KIRK P GREGG<br>2119 SPENCER HILL ROAD<br>CORNING NY 14830-9550 | | | | 162,875.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Briar's Creek Golf, LLC**                              Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  2/9/2015                              Signature  /s/ Michael S. Martin
                                                       **Michael S. Martin, Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.