# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 15-00712-jw |
| Briar's Creek Golf, LLC d/b/a The Golf Club at Briar's Creek, | Chapter 11 |
| Debtor. | |

## INTERIM ORDER REGARDING ADEQUATE ASSURANCE
## FOR UTILITY COMPANIES PROVIDING SERVICE TO DEBTOR

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Briar's Creek Golf, LLC d/b/a<br>The Golf Club at Briar's Creek,<br><br>Debtor. | Case No. 15-00712-jw<br><br>Chapter 11 |

**INTERIM ORDER REGARDING ADEQUATE ASSURANCE**
**FOR UTILITY COMPANIES PROVIDING SERVICE TO DEBTOR**

**THIS MATTER** came before the Court on the motion of Briar's Creek Golf, LLC d/b/a The Golf Club at Briar's Creek ("Debtor") pursuant to 11 U.S.C. § 366(b) for an order providing adequate assurance to utility companies, filed February 10, 2015 (the "Motion"). The Motion was served on the Debtor's utility providers as set forth in the Certificate of Service filed with the Court.

It appearing that the Motion was served pursuant to the Court's Order and Notice of Hearing entered in this matter and it further appearing that no objections, responses or returns to the Motion were filed, it is hereby:

**ORDERED** as follows:

1. The requirements of 11 U.S.C. §366 have been met, and the Motion is granted on an interim basis. Adequate assurance of payment is provided by the Debtor's pre-payment for post-petition services from the Debtor's utility providers by making the pre-payments set forth in the Chart below.

| Utility Companies: | Service | Average Payment / Proposed Pre-payment |
|---|---|---|
| AT&T | Telephone | $409.00 |
| Berkeley Electric | Electricity | $8,053.00 |
| Blue Flame Gas | Gas | $869.00 |
| Cel Oil Products | Gasoline | $5,000.00 |
| Coastal Burglar Alarm Co. | Alarm Services | $171.00 |
| DirecTV | Cable | $113.00 |
| Dish Network | Cable | $162.00 |
| Fisher Recycling | Recycling | $130.00 |
| Republic Services | Garbage | $845.00 |
| St. Johns Water Company | Water | $2,765.00 |
| Verizon Wireless | Cell Phone Service | $546.00 |
| Windstream Communications | Phone/Internet | $1,770.00 |
| | **Totals** | **$ 22,833.00** |

2

      2.      The Utility Companies identified in the Chart above shall be prohibited from altering, refusing, or discontinuing services on account of pre-petition invoices, to the extent such may exist.

      3.      A final hearing on the Motion will be held on **February 24, 2015 at 9:30 a.m. the J. Bratton Davis United States Bankruptcy Courthouse at 1100 Laurel Street, Columbia, South Carolina**. Any response, return, or objection to the Motion shall be filed with the Court no later than 12:00 p.m. on February 23, 2014.

      **AND IT IS SO ORDERED**.