# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-00712-jw |
| Briar's Creek Golf, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned Susan Y. Stancil, an employee with McCarthy Law Firm, LLC, Attorneys for the Debtor, do hereby certify, under penalty of perjury, that I have served copies of the **ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO PAY CERTAIN PRE-PETITION WAGE CLAIMS [DOCKET NO. 20] AND THE CONSENT ORDER WITHDRAWING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO (1) MAINTAIN EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEMS (2) USE OF EXISTING BUSINESS FORMS AND RECORDS [DOCKET NO. 24]**, upon the creditors and parties in interest, as shown on the attached listing, by mailing a copy of same by First Class mail, Postage Prepaid, on the 13th day of February, 2015.

McCARTHY LAW FIRM, LLC

/s/ Susan Y. Stancil
Susan Y. Stancil
February 13, 2015                    1517 Laurel Street  (29201)
Columbia, South Carolina           Post Office Box 11332
Columbia, South Carolina   29211-1332
(803)771-8836

Douglas J. Pauls
4055 Gnarled Oaks Way
Johns Island SC 29445-7322

Joseph A. Miller, Jr.
34 Millstone Avenue
Rockland DE 19732-0214

Thomas K. Spann
601 Anthony Drive
Plymouth Meeting PA 19462-1045

Frank Cassidy
31 Rhetts Bluff Road
Kiawah Island SC 29455-5200

Mark A Pompa
78 Tranquility Drive
Easton CT 06612-1237

John J. Degnan
35 Beacon Hill Drive
Chester NJ 07930-3013

Peter Grant
307 Surfsong Road
Kiawah Island SC 29455-5754

Richard A Lan
80 Westminister Road
Chatham NJ 07928-1316

Sam R Shapiro
30 Finch Forest Trail
Atlanta GA 30327-4576

Kenneth R Kavanaugh
2458 Golf Oak Park
Johhs Island SC 29455-6100

Kevin T Callahan
636 S County Line Road
Hinsdale IL 60521-4657

Jeffrey P Mann
4257 Wild Turkey Way
Johns Island SC 29455-7317

Robert P Connor
365 Stewart Avenue
Apt B-14
Garden City NY 11530-4544

Nathaniel D Woodson
38 Surfsong Road
Kiawah Island SC 29455-5753

John R. Wilson
749 Glossy Ibis Lane
Kiawah Island SC 29455-5912

Joseph C Guyaux
1 Westmoreland Farm Lane
Pittsburgh PA 15215-1513

Mark G Hadlock
157 Brompton Road
Garden City NY 11530-1431

Herchiel Sims, Jr
536 Bufflehead Drive
Kiawah Island SC 29455-5791

Kirk P. Gregg
2119 Spencer Hill Road
Corning NY 14830-9550

Kyle W. Stewart
80 Raffles Place
No 15-20 UOB Plaza 2
SINGAPORE 048624

Samuel H. Altman, Esquire
Atty for SouthCoast Community
Derfner & Altman
575 King St., Suite B
Charleston SC 29403