# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-00712-jw |
| Briar's Creek Golf, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned Susan Y. Stancil, an employee with McCarthy Law Firm, LLC, Attorneys for the Debtor, do hereby certify, under penalty of perjury, that I have served a copy of the **INTERIM ORDER REGARDING ADEQUATE ASSURANCE FOR UTILITY COMPANIES PROVIDING SERVICE TO DEBTOR (DOCKET NO. 26)**, upon the creditors and parties in interest, as shown on the attached listing via the type of service shown on the attached list, and that same was served on the 13th day of February, 2015.

McCARTHY LAW FIRM, LLC

/s/ Susan Y. Stancil
Susan Y. Stancil

February 13, 2015
Columbia, South Carolina

1517 Laurel Street  (29201)
Post Office Box 11332
Columbia, South Carolina   29211-1332
(803)771-8836

**Via Fax:**

| | |
|---|---|
| AT&T | 866-653-4525 |
| Berkeley Electric | 843-572-1280 |
| Blue Flame Gas | 843-559-3138 |
| Coastal Burglar Alarm Co. | 843-529-2978 |
| DirectTV | 877-580-2148 |
| Fisher Recycling | 843-554-5011 |
| Republic Services | 704-943-0897 |
| St. Johns Water Company | 843-559-0371 |
| Cel Oil Products Corp | 843-554-1412 |

## Via FedEx next business day delivery:

Verizon Wireless
500 Technology Drive
Suite 500
Weldon Springs MO  63304

Windstream Communications
4001 Rodney Parham Road
Little Rock AR 72212

Dish Network
9601 S Meridian Blvd
Englewood CO 80112