**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 15-00712-jw

ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**03/02/2015**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 03/02/2015

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| Briar's Creek Golf, LLC ) | CASE NO: 15-00712-jw |
| d/b/a The Golf Club at Briar's Creek ) | |
| 4000 Briar's Creek Lane ) | ORDER AND NOTICE FOR HEARING ON |
| John's Island, SC 29455 ) | DISCLOSURE STATEMENT |
| ) | |
| Debtor(s). ) | |

To the debtor(s), its creditors, and other parties in interest:

A disclosure statement and a plan under Chapter 11 of the Bankruptcy Code having been filed by Briar's Creek Golf, LLC on February 27, 2015, **IT IS ORDERED** and notice is hereby given, that:

1.  The hearing to consider the approval of the disclosure statement shall be held at King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina on April 1, 2015, at 10:30 a.m..

2.  March 30, 2015 is fixed as the last day for filing and serving, in accordance with Fed. R. Bankr. P. 3017(a), written objections to the disclosure statement. Parties in interest filing objections must comply with SC LBR 9014-1 and any party failing to do so may be denied the opportunity to appear and be heard.

3.  On or before March 2, 2015, the disclosure statement and plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a).

4.  Requests for copies of the disclosure statement and plan shall be mailed to the attorney shown below.

The hearing may be adjourned from time to time by an announcement made in open court at the hearing without further notice. The court may upon its discretion orally set deadlines pursuant to Fed. R. Bankr. P. 3017(d) at this hearing.

ATTORNEY:

G. William McCarthy, Jr.
PO Box 11332
Columbia, SC 29211-1332