**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 15-00712-jw

ORDER

1. APPROVING DISCLOSURE STATEMENT;
2. FIXING LAST DAY FOR FILING BALLOTS
3. FIXING LAST DAY FOR FILING WRITTEN OBJECTIONS TO CONFIRMATION;
4. FIXING HEARING DATE FOR CONFIRMATION PLAN

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**04/06/2015**



*(signature)*

US Bankruptcy Judge
District of South Carolina

Entered: 04/06/2015

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Briar's Creek Golf, LLC, d/b/a The Golf Club at Briar's Creek<br>4000 Briar's Creeek Lane<br>John's Island, SC 29455<br><br><br><br>Debtor(s). | ) CHAPTER 11<br>)<br>) CASE NO: 15-00712-jw<br>)<br>)          ORDER<br>)<br>) 1.   APPROVING DISCLOSURE STATEMENT;<br>) 2.   FIXING LAST DAY FOR FILING BALLOTS<br>) 3.   FIXING LAST DAY FOR FILING WRITTEN<br>)       OBJECTIONS TO CONFIRMATION;<br>) 4.   FIXING HEARING DATE FOR<br>)       CONFIRMATION PLAN<br>) |

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Briar's Creek Golf, LLC, d/b/a The Golf Club at Briar's Creek, on February 27, 2015, with addendum filed on March 31, 2015, referring to a plan under Chapter 11 of the Code filed by Briar's Creek Golf, LLC, d/b/a The Golf Club at Briar's Creek, on February 27, 2015, [*if appropriate*, as modified by a modification filed on March 31, 2015]; and

It having been determined after hearing on notice that the disclosure statement contains adequate information:

**IT IS ORDERED**, and notice is hereby given, that:

A. The disclosure statement filed by Briar's Creek Golf, LLC, d/b/a The Golf Club at Briar's Creek dated February 27, 2015, with addendum filed March 31, 2015, is approved.

B. May 6, 2015, is fixed as the last day for filing ballots accepting or rejecting the plan referred to above. Ballots accepting or rejecting the plan shall be counted only if received by the Clerk of the Bankruptcy Court on or before May 6, 2015. A copy of each ballot should also be served upon the proponent of the plan.

C. On or before April 8, 2015, the plan dated February 27, 2015, the addendum to the plan filed March 31, 2015, the order approving the disclosure statement, the disclosure statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

E. The hearing on the confirmation of the plan will be held on May 13, 2015, at 10:30 a.m. at King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina.

F.  May 6, 2015, is fixed as the last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to the confirmation of the plan. All parties filing objections must comply with SC LBR 9014-1, and any party failing to do so may be denied the opportunity to appear and be heard.

Any objections to the confirmation of the plan must be in writing, filed with the Clerk of the Bankruptcy Court, and served upon the attorney for the debtor(s), whose address is set forth below, on or before May 6, 2015.

The court may, for cause shown, at the confirmation hearing extend the time for filing acceptances or rejections of the plan or permit a creditor or equity security holder to change or withdraw an acceptance or rejection of the plan.

The confirmation hearing may be adjourned from time to time without further notice to creditors or other parties in interest by an announcement of such adjournment at the hearing.

NAME AND ADDRESS OF ATTORNEY FOR PROPONENT OF PLAN:

G. William McCarthy, Jr.
PO Box 11332
Columbia, SC 29211-1332