**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Briar's Creek Golf, LLC,<br>d/b/a The Golf Club at Briar's Creek,<br><br>Debtor. | Case No. 15-00712-jw<br><br>Chapter 11 |

### SUMMARY OF VOTING ON THE PLAN OF LIQUIDATION*

Written Objection(s):  A written objection was filed by Robert A. Nigro.

| Class No | Description of Class | Number of Votes | Dollar Amount of Votes | Class Vote |
|---|---|---|---|---|
| Class 1 | SouthCoast Community Bank<br><br>Secured, Unimpaired | 1 (100%) Accept<br>0  Reject | $2,775,557.82  Accept<br>$0  Reject | **Accept** |
| Class 9 | Trade Vendors,<br><br>Unsecured, Impaired | 1 (100%) Accept<br>0  Reject | $7,639.51 Accept<br>$0  Reject | **Accept** |
| Class 12 | Founder Loans,<br><br>Unsecured, Impaired | 7 100%) Accept **<br>0 (2.4%) Reject**<br><br>**2 ballots failing to indicate votes were not counted. | $664,161.00 Accept<br>$0.00 Reject | **Accept** |
| Class 13 | Equity Holders,<br><br>Equity, Impaired | 4 (100%) Accept<br>0  Reject | $2,290,835 Accept<br>0%  Reject | **Accept** |
| Class 14 | Patron Loans,<br><br>Unsecured, Impaired | 22 (100%) Accept<br>0  Reject | $1,540,708.22 Accept<br>$0.00  Reject | **Accept** |
| Class 15 | Present Refundable Members<br><br>Unsecured, Impaired | 73 (100%) Accept<br>0 Reject<br>1 Abstention | $8,095,382.47 Accept<br>$0.00 Reject | **Accept** |
| Class 16 | Resigned Members<br><br>Unsecured, Impaired | 42 (100%) Accept<br>0 Reject | $4,752,951.39 Accept<br>$0.00 Reject | **Accept** |
| Class 17 | Non-Refundable Members<br><br>Unsecured, Unimpaired | 14 (100%) Accept<br>0 Reject | $0.00 Accept<br>$0.00 Reject | **Accept** |

For purposes of this Ballot Summary, the Debtor has categorized the ballots of parties failing to properly indicate their respective Plan Class. Late filed ballots and ballots failing to indicate a vote have not been counted in this Ballot Summary.

All impaired classes voted to **accept** the Plan.

Pursuant to 11 U.S.C. §1126(f), unimpaired classes are conclusively presumed to have accepted the Plan of Reorganization. The following classes noted by the Plan to be unimpaired cast no votes. Claimants in the following classes are hereby deemed to have accepted the Plan:

| Class | Description | Status |
|---|---|---|
| Class 2 | Edward L. Myrick (Insider) | Deemed Accepted |
| Class 3 | Administrative Claims of US Trustee & Profs. | Deemed Accepted |
| Class 4 | Briar's Creek Golf, LLC Employees | Deemed Accepted |
| Class 5 | Internal Revenue Service | Deemed Accepted |
| Class 6 | S.C. Department of Revenue | Deemed Accepted |
| Class 7 | Charleston County, South Carolina | Deemed Accepted |
| Class 8 | Contract Rejection Damages | Deemed Accepted |
| Class 10 | General Unsecured Creditors | Deemed Accepted |
| Class 11 | Developer Claims | Deemed Accepted |

RESPECTFULLY SUBMITTED on this the 11th day of May 2015.

MCCARTHY LAW FIRM, LLC

By: /s/W. Harrison Penn
G. William McCarthy, Jr., I.D.#2762
Daniel J. Reynolds, Jr., I.D.#9232
W. Harrison Penn, I.D.#11164
*Attorneys for the Debtor*
1517 Laurel Street
Columbia, SC 29201-1332
(803) 771-8836
hpenn@mccarthy-lawfirm.com

2